No. 706. SMALL *v.* MARTIN, WARDEN. December 23, 1946. Petition for writ of certiorari to the Supreme Court, Kings County, New York, denied.

No. 726. CANIZIO *v.* NEW YORK. December 23, 1946. Petition for writ of certiorari to the County Court of Kings County, New York, denied.

No. 749. MINER *v.* RAGEN, WARDEN;
No. 750. WITT *v.* ILLINOIS;
No. 751. BINKOWSKI *v.* ILLINOIS; and
No. 752. SHEETS *v.* RAGEN, WARDEN. December 23, 1946. Petitions for writs of certiorari to the Supreme Court of Illinois denied. Reported below: No. 750, 394 Ill. 405, 68 N. E. 2d 731; No. 751, 394 Ill. 171, 68 N. E. 2d 304.

No. 753. KRETCHMER *v.* INDIANA. December 23, 1946. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 756. SIMMONS *v.* NIERSTHEIMER, WARDEN. December 23, 1946. Petition for writ of certiorari to the Circuit Court of Williamson County, Illinois, denied.